# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>ADRIAN-TIBERIO OPREA,   )<br>CEZAR IULIAN BUTU,    )<br>IULIAN DOLAN, and     )<br>FLORIN RADU        ) | 1:11-cr-64-01/04-SM |

## MOTION TO DISMISS AS TO DEFENDANT FLORIN RADU

The United States of America, by Donald Feith, Acting United States Attorney for the District of New Hampshire, pursuant to Federal Rule of Criminal Procedure 48(a), hereby moves to dismiss, without prejudice, the Indictment now pending against defendant Florin Radu, who is a Romanian National and who has been a fugitive since his indictment on May 4, 2011.

August 7, 2015.

Respectfully submitted,

Donald Feith
Acting United States Attorney

 /s/ Arnold H. Huftalen
Arnold H. Huftalen
Assistant U.S. Attorney
NH Bar Association #1215
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
arnold.huftalen@usdoj.gov